VOL. 72, JUNE TERM, 1916.                    227

Powell et al. v. State ex rel. Snell et al.—Opinion of Court

GEORGE M. POWELL *et al.*, TRUSTEES, *Plaintiffs in Error,*
v. STATE *ex rel.* HORACE B. SNELL, and J. E. T.
BOWDEN, Mayor, *Defendants in Error.*

Opinion Filed Aug. 15, 1916.

PER CURIAM.—A peremptory writ of mandamus is-
sued against the Trustees of the Waterworks and Im-
provement Bonds of the City of Jacksonville, ordering
them "to forthwith prepare and submit to the City Coun-
cil of said city an itemized estimate of the amount of
money necessary and advisable in your opinion to spend
in the operation, extension, enlargement and improve-
ment of the electric light plant and waterworks of the
said city during the ensuing year."

The City Council was entitled to this information in
making up its budget and tax levy.   This much is admit-
ted, but the Trustees insist that to make this submission
commits them to the liabilities and penalties of the budget
system, from which they claim to be exempt, and the
whole argument before us is directed to this question.

We fail to see, however, that the record presents this
question, and so limiting our conclusions, no further dis-
cussion is needed.

Writ of Error to Circuit Court, Duval County; D. A.
Simmons, Judge.

The judgment is affirmed.

All concur.

*Odom, Crawford & Butler* and *George M. Powell*, for
Plaintiffs in Error;

*J. M. Barrs* and *Burton Barrs*, for Defendants in
Error.